IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL HARRIS,<br>    Plaintiff,<br><br>v.<br><br>VITRAN EXPRESS, INC., VITRAN EXPRESS CANADA, INC., VITRAN CORPORATION, INC., DATA PROCESSING, LLC, HR-1 CORPORATION and CT TRANSPORT, INC. a/k/a CENTRAL TRANSPORT, INC.,<br>    Defendants. | Civil Action No. 14-0704<br><br>United States District Judge<br>Arthur J. Schwab<br><br>United States Magistrate Judge<br>Cynthia Reed Eddy |

## Order Adopting Report And Recommendation

Before the Court is the Report and Recommendation of the Magistrate Judge (doc. no. 29) recommending that the Motion to Dismiss or Stay Action filed by Plaintiff (doc. no. 12) be denied. Objections to the Report and Recommendation were due by November 3, 2014. No objections were filed. The matter is ripe for disposition.

The district court must make a *de novo* determination of those portions of the report to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir.1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The district court judge may also receive further evidence or recommit the matter to the magistrate judge with instructions

AND NOW, this 6th day of November, 2014, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 29) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss or Stay Action (ECF No. 12) is **DENIED**.

**SO ORDERED** this 6th day of November, 2014

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All Registered ECF Counsel and Parties