IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL HARRIS, | ) | |
|    Plaintiff, | ) | |
| | ) | Civil Action No. 14-0704 |
| | ) | |
| v. | ) | |
| VITRAN EXPRESS, INC., VITRAN | ) | United States Magistrate Judge |
| EXPRESS CANADA, INC., VITRAN | ) | Cynthia Reed Eddy |
| CORPORATION, INC., DATA | ) | |
| PROCESSING, LLC, HR-1 CORPORATION | ) | |
| and CT TRANSPORT, INC. a/k/a CENTRAL | ) | |
| TRANSPORT, INC., | ) | |
|    Defendants. | ) | |

## ORDER

AND NOW, this 31st day of March, 2016, upon consideration of Defendants' Motion for Partial Summary Judgment [ECF No. 65],

IT IS HEREBY ORDERED as follows:

(1) Defendants' Motion is GRANTED as to Plaintiff's breach of contract claim against HR-1 Corporation and Central Transport, Inc.;

(2) Defendants' Motion is GRANTED as to Plaintiff's Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq*. against HR-1 Corporation and Central Transport, Inc.; and

(3) Defendants' Motion is GRANTED as to Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*., and 42 U.S.C. § 1981 against Defendants Data Processing, LLC, HR-1 Corporation and Central Transport, Inc.

                                                By the Court:

                                                s/ Cynthia Reed Eddy
                                                Cynthia Reed Eddy
                                                United States Magistrate Judge

cc: all registered counsel via CM-ECF