IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| DARRELL HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-CV-00704-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| VITRAN EXPRESS, INC., VITRAN EXPRESS CANADA, INC., VITRAN CORPORATION, INC., DATA PROCESSING, LLC, HR-1, CORPORATION, CT TRANSPORT, INC., | ) | |
| | ) | |
| Defendants, | ) | |

**O R D E R**

AND NOW, this 2nd day of November, 2016, the following Order is entered:

(1) Plaintiff is granted summary judgment in his favor for his remaining breach of contract claims for VEI's failure to pay severance and retention compensation under the Employment Agreement and Retention Incentive Agreement;

(2) Plaintiff is granted summary judgment in his favor for his Pennsylvania Wage Payment and Collection Law claim for VEI's failure to pay wages under the Employment Agreement and Retention Inventive Agreement;

(3) Plaintiff shall file a separate fee petition and brief his entitlement to attorneys' fees, costs, and prejudgment interest by November 30, 2016; VEI shall respond by December 30, 2016;

(4) A hearing on damages (including liquidated damages), attorneys' fees, costs and prejudgment interest is scheduled for **January 20, 2017 at 10:00 a.m.**

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF