IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| DARRELL HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-CV-00704-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| VITRAN EXPRESS, INC., VITRAN EXPRESS CANADA, INC., VITRAN CORPORATION, INC., DATA PROCESSING, LLC, HR-1, CORPORATION, CT TRANSPORT, INC., | ) ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

AND NOW, this 25th day of August, 2015,

In accordance with the above Findings of Fact and Conclusions of Law, Plaintiff's petition for fees and damages is HEREBY GRANTED IN PART AND DENIED IN PART as follows:

- Plaintiff is awarded an amount of $250,000 for severance compensation and an amount of $187,500 for retention compensation, for a total of $437,500 in contract damages;

- Plaintiff is awarded an amount of $80,937.50 for prejudgment interest, which represents the interest accrued on Plaintiff's contract damages over 37 months and at a rate of 6% interest per year, or $2,187.50/month in interest; and

- Plaintiff is awarded an amount of $55,762 for reimbursement of attorneys' fees.

Accordingly, judgment will be entered in Plaintiff's favor in the total amount of $574,199.50.

By the Court:

s/ Cynthia Reed Eddy
United States Magistrate Judge