IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| DARRELL HARRIS, ) | |
| ) | |
| Plaintiff, ) | 2:14-CV-00704-CRE |
| ) | |
| vs. ) | |
| ) | |
| VITRAN EXPRESS, INC., VITRAN ) | |
| EXPRESS CANADA, INC., VITRAN ) | |
| CORPORATION, INC., DATA ) | |
| PROCESSING, LLC, HR-1, ) | |
| CORPORATION, CT TRANSPORT, INC., ) | |
| ) | |
| Defendants, ) | |

**JUDGMENT ORDER**

AND NOW, this 25th day of August, 2017, the court having separately ordered that Plaintiff is entitled to summary judgment in his favor [ECF Nos. 131, 132],

IT IS HEREBY ORDERED that a final judgment of this Court is entered in favor of Plaintiff, Darrell Harris pursuant to Rule 58 of the Federal Rules of Civil Procedure in the amount of $574,199.50, and against the above-captioned Defendants.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF